UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CURTIS WILLIAMS,

                Petitioner,

           -v-                                              9:22-CV-369 (AJB/ML)

MARK MILLER, Superintendent,

                Respondent.
_____

**APPEARANCES:**                                             **OF COUNSEL:**

CURTIS WILLIAMS
Petitioner, Pro Se
17-A-1846
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

HON. LETITIA JAMES                                JALINA J. HUDSON, ESQ.
New York State Attorney General               Assistant Attorney General
Attorneys for Respondent
28 Liberty Street, 14th Floor
New York, NY 10005

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

      On April 20, 2022, *pro se* petitioner Curtis Williams ("petitioner") filed this habeas corpus petition under 28 U.S.C. § 2254 challenging his conviction by guilty plea in Supreme Court, Albany County to attempted criminal possession of a weapon. Dkt. No. 1. Petitioner sought leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 3. The matter was assigned to Senior U.S. District Judge Thomas J. McAvoy, who granted petitioner's IFP

Application and directed respondent to answer the petition. Dkt. No. 6. Thereafter, the petition was fully briefed. Dkt. Nos. 22–25, 34.

On April 23, 2025, U.S. Magistrate Judge Miroslav Lovric advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 37. Briefly stated, Judge Lovric concluded that petitioner's first ground for habeas relief—that police improperly arrested him on the underlying charges—failed because, consistent with *Stone v. Powell*, 428 U.S. 465 (1976), petitioner could not show that New York State courts did not provide him with an adequate opportunity to litigate that claim. Dkt. No. 37 at 10–13.

As for petitioner's second ground for habeas relief, which was based on the allegedly unduly suggestive nature of a photo array used by law enforcement, Judge Lovric determined that the state court's decision to deny petitioner's motion to suppress on this basis (and the Appellate Division's rejection of that argument on appeal) was neither contrary to, nor an unreasonable application of, Supreme Court precedent, which was sufficient to warrant the denial of habeas relief under these circumstances. Dkt. No. 37 at 13–15. Finally, as to grounds three and four, Judge Lovric concluded that those claims failed on the merits. *Id*. at 15–17.

Petitioner has lodged objections. Dkt. Nos. 43–44. Broadly speaking, those objections restate the arguments made in petitioner's underlying briefing, *i.e.*, they are variations of the same arguments that Judge Lovric's analyzed and rejected in the R&R. *See id*.

The matter has been reassigned to this Court for a decision. Dkt. No. 45. Upon *de novo* review, Judge Lovric's R&R is accepted and will be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 37) is ACCEPTED;

2. The petition is DENIED and DISMISSED; and

3. No Certificate of Appealability will be issued.

The Clerk of the Court is directed to terminate the pending motion and close the file.

**IT IS SO ORDERED.**

Dated: September 15, 2025
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge